**836**

■ IRVING A. LEVINE, Appellant, v. HENRY I. LEVINE et al., Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante*, p. 768.]

■ VICTOR LUCKNER, Appellant, v. HAROLD BUCHHOLTZ et al., Respondents. — Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld JJ.

■ PARK MANAGEMENT CO. et al., Respondents, v. CITY OF YONKERS, Appellant. WOMAN'S INSTITUTE OF YONKERS et al., Respondents, v. CITY OF YONKERS, Appellant. HAROLD WEISBERG, as Testamentary Trustee under the Will of CELIA WEISBERG, et al., Respondents, v. CITY OF YONKERS, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 925.]

■ HAZEL M. PETERSEN, Appellant, v. COUNTY OF SUFFOLK et al., Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 925.]

■ SAGOLD CORPORATION, Respondent, v. BELDEN MANOR HOMES, INC., et al., Appellants, et al., Defendants. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 3 A D 2d 760, 910.]

■ MOLLIE SHANIS, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent. — Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante*, p. 687.]

■ DONALD SHAPIRO, Appellant, v. NICHOLAS CAGGIANO, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante*, p. 687.]

■ SICURO BROS., INC., Respondent, v. CONRAD CASSELLI, Defendant, and TONY TUMINARO, Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ FRANK SPIEZIA, Appellant, v. BEACH 51ST STREET REALTY CORP., Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante*, p. 757.]